UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 01-315(PAM)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | REASSIGNMENT OF CRIMINAL CASE |
| v. | ) | |
| COREY ROGERS COULSON, Defendant. | ) | |

The following criminal case has been reassigned as follows:

<u>Criminal No.</u>

01-315(PAM)

<u>Defendant Name</u>

Corey Rogers Coulson

<u>Add AUSA</u>

Michael A. Dees

Dated: October 6, 2006

RACHEL K. PAULOSE
United States Attorney

s/James E. Lackner
BY: JAMES E. LACKNER
First Assistant U.S. Attorney
Attorney ID No. 59298