AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA MINNESOTA

United States of America

**NOTICE**

V.

Corey Rogers Coulson

CASE CR 01-315 PAM

TYPE OF CASE:

☐ **CIVIL** ☒ **CRIMINAL**

☒ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| U. S. Courthouse, 300 So. 4th Street<br>Minneapolis, Mn 55415 | Chambers 8E |
| | DATE AND TIME<br>Wednesday, November 15, 2006 at 11:00 a.m. |

TYPE OF PROCEEDING

First Appearance for Violation of Supervised Release

Magistrate Judge Franklin L. Noel
United States Magistrate Judge

November 3, 2006
DATE

s/AR /Criminal Duty Clerk
(BY) DEPUTY CLERK

TO: Mike Dees, Assistant U.S. Attorney
Dennis Rutgers, Defense Counsel