UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 07-315 (PAM)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | **Notice of Representation/Appearance** |
| | ) | |
| v. | ) | |
| | ) | |
| COREY ROGERS COULSON, | ) | |
| | ) | |
| Defendant. | ) | |

---

TO THE UNITED STATES OF AMERICA and its attorney Michael Dees, PLEASE TAKE NOTICE THAT: Dennis Rutgers, of Evavold & Rutgers Law Office, LLC, 305 S. Elm Street, PO Box 39, Rushford, Minnesota, hereby gives notice that his office has been retained and will represent the Defendant, Corey Rogers Coulson, in the above proceeding.

Attorney for Defendant:

Dennis Rutgers
Attorney License No. 313142
305 S. Elm St.
P.O. Box 39
Rushford, Minnesota 55971
PHONE: (507) 864-7748
FAX: (507) 864-2379

EVAVOLD & RUTGERS LAW OFFICE, LLC

Dated: November 3, 2006

/s/ Dennis Rutgers
Dennis Rutgers
Attorney for Petitioner
Attorney License No. 313142
305 S. Elm St.
P.O. Box 39
Rushford, Minnesota 55971