AO 83 (Rev. 12/85) Summons In A Criminal Case

RECEIVED

# UNITED STATES DISTRICT COURT

## District of Minnesota

06 NOV -3 PM 3:05

CLERK, U.S. DIST. COURT
MINNEAPOLIS, MN

2006 OCT 24 A 10:27

UNITED STATES OF AMERICA

## SUMMONS IN A CRIMINAL CASE

v.

Case Number: CR 01-315(1) PAM

Corey R. Coulson

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

Place: Courtroom 8E
**300 South Fourth Street**
**Minneapolis, MN 55415**

Before: **Honorable Magistrate Judge Franklin L. Noel**

On: **11/6/06 at 11:00 AM**

To answer a(n) Order of the Court.

Brief description of offense:

Violation of Supervised Release

Dated: October 23, 2006

Gina Olsen, Deputy Clerk

SCANNED
NOV 06 2006
U.S. DISTRICT COURT MPLS

criminal\summons.frm

DC Modified 12/03/04

AO 83 (Rev. 12/85) Summons In A Criminal Case

## RETURN OF SERVICE

Service was made by me: [1] Richard Hermes Date: 10/28/06

Check one of the boxes below to indicate appropriate method of service

☒ Service personally upon the defendant at: his residence

☐ Left summons at the defendant's dwelling house of usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left: ______________________

☐ Returned unexecuted: ______________________

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 10/28/06
Date

AL GARBER
Name of United States Marshal

[signature]
(by) ~~Deputy United States Marshal~~ US PO

Remarks:

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure