IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: Magistrate Judge Noel |
| Plaintiff, | ) | |
| | ) | Case No: CR 01-315 PAM |
| v. | ) | Date: 11/15/06 |
| | ) | Court Reporter: None |
| Corey R. Coulson, | ) | Tape Number: 25/2353-2704 |
| | ) | Time Commenced: 11:10 a.m. |
| Defendant. | ) | Time Concluded: 11:20 a.m. |
| | | Time in Court: 10 Minutes |

APPEARANCES:

Plaintiff: Erica MacDonald, Assistant U.S. Attorney
Defendant: Dennis Rutgers
√ Retained

Interpreter / Language: none/English

Date Charges Filed: 10/20/06 Offense: Violation of Supervised Release

√ Waived Reading of Charges √ Advised of Rights

on Violation of √ Supervised Release

√ **Bond set in the amount of $25,000 unsecured with conditions, see Order Setting Conditions of Release.**

Additional Information:
Final revocation hearing date is Wednesday, November 22, 2006 at 9:30 a.m. before Judge Paul A. Magnuson in St. Paul.

s/AR
Criminal Duty Clerk