# *UNITED STATES DISTRICT COURT*
# *FOR THE DISTRICT OF MINNESOTA*

United States of America,

v.

Corey R. Coulson

**FINAL REVOCATION OF SUPERVISED RELEASE NOTICE**

**Case Number Crim. 01-315 (PAM)**

(x) TAKE NOTICE That a proceeding in this case has been set for the place, date and time set forth below:

Courtroom 3 (7th Floor)
180 East Fifth St.
St. Paul, Minnesota 55106

**Before the Honorable Paul A. Magnuson on Thursday, December 14, 2006 @ 2:00 P.M., for Final Revocation of Supervised Release.**

Dated: December 5, 2006

RICHARD SLETTEN, CLERK

s/Suzanne M. Ruiz
Suzanne M. Ruiz, Calendar Clerk

cc: Michael Dees - A.U.S.A.
Dennis Rutgers
U.S. Marshal
U.S. Probation
U.S. Pretrial Services