UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 01-315 PAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>COREY R. COULSON,<br>Defendant. | **SATISFACTION OF MONETARY IMPOSITION AND RELEASE OF ABSTRACT** |

The monetary imposition of $50.00 Special Assessment and $36,662.33 Restitution in the above-entitled action has been paid in full or otherwise settled through compromise.

THEREFORE, the Clerk of the United States District Court for the District of Minnesota may satisfy and cancel the monetary judgment of record,

AND, the Recorder for the County of Houston, State of Minnesota, may immediately release the Abstract of Judgment recorded in said Recorder's Office of Houston County, as Document No. 209170, in the amount of $36,662.33 plus interest.

AND, the Recorder for the County of Isanti, State of Minnesota, may immediately release the Abstract of Judgment recorded in said Recorder's Office of Isanti County, as Document No. 2894, in the amount of $36,662.33 plus interest.

Dated: June 27, 2007

RACHEL K. PAULOSE
United States Attorney

Friedrich A. P. Siekert
for ~~BY:~~ MARY L. TRIPPLER
Assistant U.S. Attorney
Attorney I.D. No. 110887
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600